| AO 10<br>Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2012** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Payne, Robert E. | 2. Court or Organization<br><br>United States District Court Eastern District of Virginia | 3. Date of Report<br><br>08/13/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior Article III Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>United States District Court<br>701 E. Broad Street, Suite 7310<br>Richmond, Virginia 23219 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/13/12 | IRA #1 Distribution | $21,444.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Ted Dalton American Inn of Court | April 23-24, 2012 | Roanoke, Virginia | Guest Speaker | Transportation, lodging, meals |
| 2. | USDC - EDVA | October 4-5, 2012 | Williamsburg, Virginia | Attend Annual Meeting of District Judges | Transportation |
| 3. | Administrative Office | December 4-6, 2012 | Naples, Florida | Attend bi-annual meeting of the Judicial Resources Committee | Transportation, lodging, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.    IRA #1 | D | Int./Div. | O | T | | | | | |
| 2.    -- American Europacific Growth Fund | | | K | T | Buy (add'l) | 08/24/12 | J | | |
| 3. | | | | | Buy (add'l) | 11/01/12 | J | | |
| 4. | | | | | Sold (part) | 12/11/12 | J | | |
| 5.    -- Artisan Mid Cap Value Fund | | | J | T | | | | | |
| 6.    -- Blackrock Equity Dividend Fund CL Institutional | | | K | T | | | | | |
| 7.    -- Blackrock Inflation Protected Bond | | | J | T | | | | | |
| 8.    -- BP Plc Spons (Y) | | | | | | | | | |
| 9.    -- Cambiar Opportunity Fund | | | K | T | | | | | |
| 10.   -- Columbia Select Large Cap Fund | | | K | T | Buy (add'l) | 11/09/12 | J | | |
| 11. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 12. | | | | | Sold (part) | 12/11/12 | J | | |
| 13.   -- Eaton Vance Commodity Strategy Fund | | | K | T | Buy (add'l) | 08/24/12 | J | | |
| 14. | | | | | Buy (add'l) | 11/09/12 | J | | |
| 15.   -- Goldman Sachs Absolute Return | | | K | T | Buy (add'l) | 08/24/12 | J | | |
| 16. | | | | | Buy (add'l) | 11/09/12 | J | | |
| 17.   -- Goldman Sachs Trust | | | J | T | Buy (add'l) | 08/24/12 | J | | |

1. Income Gain Codes:         A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                   J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                    P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment            T =Cash Market
   (See Column C2)              U =Book Value           V =Other                 W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 11/09/12 | K | | |
| 19. -- Guggenheim Managed Futures | | | K | T | Buy (add'l) | 05/21/12 | J | | |
| 20. | | | | | Sold (part) | 08/24/12 | J | | |
| 21. | | | | | Sold (part) | 11/09/12 | J | | |
| 22. -- ING Global Real Estate Fund | | | J | T | Sold (part) | 08/24/12 | J | | |
| 23. -- IQ Alpha Hedge Strategy Fund | | | K | T | | | | | |
| 24. -- IShares Barclay Shf. Treas. | | | K | T | Buy | 08/24/12 | K | | |
| 25. | | | | | Sold (part) | 11/15/12 | J | | |
| 26. -- Lazard Developing Markets Equity | | | K | T | Buy (add'l) | 05/21/12 | J | | |
| 27. | | | | | Sold (part) | 11/15/12 | J | | |
| 28. -- Loomis Bond Fund Inst'l | | | K | T | Sold (part) | 08/24/12 | J | | |
| 29. | | | | | Sold (part) | 11/09/12 | J | | |
| 30. | | | | | Sold (part) | 11/15/12 | J | | |
| 31. -- MS Liquid Asset Fund | | | J | T | | | | | |
| 32. -- Neuberger Berman Large Cap Disciplin Growth Fund | | | K | T | Buy (add'l) | 11/09/12 | J | | |
| 33. | | | | | Sold (part) | 12/11/12 | J | | |
| 34. -- Pimco Emerging Local Bond Fund | | | K | T | Buy (add'l) | 08/24/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Pimco Total Return Fund | | | L | T | Sold (part) | 08/29/12 | J | | |
| 36. | | | | | Sold (part) | 11/15/12 | J | | |
| 37. | | | | | Sold (part) | 12/11/12 | J | | |
| 38. -- Prudential Jennison Mid Cap Growth Fund | | | K | T | | | | | |
| 39. -- Royce Premier Fund | | | J | T | | | | | |
| 40. -- TCW Small Cap Growth Fund | | | J | T | | | | | |
| 41. -- Templeton Global Bond Fund | | | K | T | Sold (part) | 08/29/12 | J | | |
| 42. | | | | | Sold (part) | 12/11/12 | J | | |
| 43. -- Thornburg International Value Fund | | | K | T | Buy (add'l) | 08/24/12 | J | | |
| 44. | | | | | Buy (add'l) | 11/09/12 | J | | |
| 45. -- Virtus Emerging Markets | | | K | T | Sold (part) | 11/15/12 | J | | |
| 46. -- Wells Fargo Advantage High Income Fund | | | J | T | Buy (add'l) | 08/24/12 | J | | |
| 47. | | | | | Sold (part) | 11/15/12 | J | | |
| 48. -- Western Asset Core Plus Bond Fund | | | K | T | Sold (part) | 08/24/12 | J | | |
| 49. | | | | | Sold (part) | 11/15/12 | J | | |
| 50. | | | | | | | | | |
| 51. IRA #2 : | | | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- American Century Int'l Bond Fund | | | J | T | | | | | |
| 53. -- American Europacific Growth Fund | | | J | T | Buy (add'l) | 08/24/12 | J | | |
| 54. | | | | | Buy (add'l) | 11/09/12 | J | | |
| 55. -- American Growth Fund of America | | | J | T | | | | | |
| 56. -- Artisan Midcap Value | | | J | T | Buy | 06/08/12 | J | | |
| 57. -- Aston/Montag & Caldwell Growth | | | J | T | Buy (add'l) | 12/28/12 | J | | |
| 58. -- Baron Growth Fund | | | J | T | | | | | |
| 59. -- Blackrock Inflation Protection Bond | | | J | T | Buy | 08/24/12 | J | | |
| 60. -- Davis NY Venture Fund | | | J | T | | | | | |
| 61. -- Delaware International Value Equity Fund | | | J | T | Buy (add'l) | 08/24/12 | J | | |
| 62. | | | | | Buy (add'l) | 11/09/12 | J | | |
| 63. -- Dreyfus Emerging Markets Fund | | | J | T | | | | | |
| 64. -- EV Income Fund of Boston | | | J | T | Buy | 08/24/12 | J | | |
| 65. IVY Midcap Growth | | | J | T | Buy | 06/08/12 | J | | |
| 66. -- Lazard Emerging Markets Fund | | | J | T | | | | | |
| 67. -- Pimco Emerging Markets Bond Fund | | | J | T | Buy | 06/08/12 | J | | |
| 68. -- Royce Premier Fund | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -- T. Rowe Price Equity Income Fund | | | J | T | | | | | |
| 70.   -- Western Asset Core Plus Portfolio | | | J | T | | | | | |
| 71.   -- Western Asset Government Money Market Fund | | | J | T | | | | | |
| 72. | | | | | | | | | |
| 73.   Brokerage Account #1 | | | | | | | | | |
| 74.   -- Citibank NA - Cash | A | Interest | N | R | | | | | |
| 75.   -- Western Asset Managed Municipal | A | Interest | J | T | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  Part VII, page 4, line 2 - "American Europacific Growth Fund" is a name change.  In the 2011 annual report, Part VII, page 7, line 60 - asset was named "Europacific Growth Fund"

2.  Part VII, page 4, line 8 - this item was inadvertently omitted in the 2011 annual report.  BP PLC Spons should have been reported on the 2011 report as follows:
    BP PLC Spons - "Sold" with a sell date of 12/01/11 and with a value code of "J"

3.  Part VII, page 5, line 19 - "Guggenheim Managed Futures" - is a name change.  It was formerly "Rydex SGI Managed Futures Strategy Fund."  In the 2011 annual report, this item was listed at Part VII, page 11, line 136 as
    "Rydex SGI Managed Futures Strategy Fund."

4.  Part VII, page 5, line 31, "MS Liquid Asset Fund" - is a name change.  It was formerly "Dreyfus Liquid Assets."  In the 2011 annual report, this item was listed at Part VII, page 6, line 46 as "Dreyfus Liquid Assets."

5.  Part VII, page 7, line 51 "IRA #2 (S)" is new name.  This IRA was listed as "IRA #3" in the 2011 annual report, page 16, line 206.
    "IRA #2" in the 2011 annaul report has been closed - as reflected at page 15, line 197 of the 2011 annual report

6.  Part VII, page 7, line 57.  This item was erroneously omitted in the 2011 annual report.  This item should have been reported on the 2011 annual report as follows:
    Ashton/Montag & Caldwell Growth; as a "buy" and with a buy date of 8/22/11 and a value code of "J"
    Ashton/Montag & Caldwell Growth; as a "buy add'l" with a buy date of 12/30/11 and a value code of "J"

Accordingly, the purchase of Ashton/Montag & Caldwell on 12/28/12 is reported as "buy add'l" on 7/57 in the 2012 annual report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Payne**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544